**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capital City Public Charter School** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4530572 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **270 Loudon Rd.**<br>**Concord, NH 03301**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Merrimack**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Capital City Public Charter School**                                              Case number (*if known*) _____
        Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ■ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> __8211__ |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ■ Chapter 7 <br> ☐ Chapter 9 <br> ☐ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list | ■ No <br> ☐ Yes. <br><br> Debtor _____ Relationship _____ <br> District _____ When _____ Case number, if known _____ |

| Debtor | **Capital City Public Charter School** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Capital City Public Charter School**                                         Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2021**
               MM / DD / YYYY

*X* **/s/ Stephanie Alicea**                                    **Stephanie Alicea**
     Signature of authorized representative of debtor            Printed name

Title    **Director**

**18. Signature of attorney**

*X* **/s/ Peter N. Tamposi**                        Date **March 22, 2021**
     Signature of attorney for debtor                     MM / DD / YYYY

**Peter N. Tamposi**
Printed name

**The Tamposi Law Group, P.C.**
Firm name

**159 Main St.**
**Nashua, NH 03060**
Number, Street, City, State & ZIP Code

Contact phone   **603-204-5513**        Email address   **peter@thetamposilawgroup.com**

**04931 NH**
Bar number and State

| Fill in this information to identify the case: |
| --- |
| Debtor name **Capital City Public Charter School** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE |
| Case number (if known) |

☐ Check if this is an
amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other   Donations | $140.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   Contributions,<br>Revenue and Loans | $148,030.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   Contributions and<br>Revenue | $332,989.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
| --- | --- | --- |
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor   **Capital City Public Charter School**                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **UNITIL FITCHBURG GAS & ELECTRIC**<br>**285 JOHN FITCH HWY**<br>**Fitchburg, MA 01420** | 2.18.21 | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<span style="background:black;color:white">Part 4:</span>   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **Capital City Public Charter School**                          Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060** | **Attorney Fees** | | **$3,500.00** |
| | Email or website address<br>**peter@thetamposilawgroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

## Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor   **Capital City Public Charter School**                                  Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

<table>
<tr><td><b>Part 8:</b></td><td><b>Health Care Bankruptcies</b></td></tr>
</table>

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td><b>Part 9:</b></td><td><b>Personally Identifiable Information</b></td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td><b>Part 10:</b></td><td><b>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</b></td></tr>
</table>

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Capital City Public Charter School**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | **Capital City Public Charter School** | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **This is a non-profit with no owners** | | **EIN:** |
| | | **From-To** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **David A. Kreed, CPA** <br> **63 North State St.** <br> **Manchester, NH 03104** | **2018 and 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kasai Mumpini** | **64 Old Suncook Rd** <br> **Concord, NH 03301** | **Chair/Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Caroletta Alicea** | **4 Stirrup Iron Road** <br> **Boscawen, NH 03303** | **Vice Chair/Acting Chair** | |

Debtor    **Capital City Public Charter School**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rhoda Hardy | 217 Water Street<br>Boscawen, NH 03303 | Secretary/Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lavinia Jackson | 4112 Bramblet Place<br>Greensboro, NC 27407 | Service Learning Coordinator | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Normande Blake | 143 Clothespin Bridge Rd.<br>Webster, NH 03303 | Voting Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Colleen Dour | 50 Jackston St.<br>Boscawen, NH 03303 | Voting Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Capital City Public Charter School**                                Case number *(if known)*

---

| **Part 14:** | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 22, 2021__

__/s/ Stephanie Alicea__                                    __Stephanie Alicea__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Director__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Capital City Public Charter School**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America (Operating)** | **Checking** | **0593** | $0.00 |
| 3.2. | **Bank of America (Payroll)** | **Checking** | **0603** | $50.00 |
| 3.3. | **Bank of America (holding account)** | **Checking** | **0616** | $50.00 |
| 3.4. | **Bank of American (Maintenance and Improvement Account)** | **Checking** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $100.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Capital City Public Charter School**                          Case number *(If known)* _____
_____
Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Security Deposit with Landlord (we are in default more than 4 months)** _____    $10,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                              | $10,000.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **2,100.00**    -    **0.00**   = ....    $2,100.00
       _____        _____
       face amount                         doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                             | $2,100.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Capital City Public Charter School** | | Case number *(If known)* _____ |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**All pesonal property used in school (see<br>attached)** | $125,580.00 | | $125,280.00 |

| 51. | **Total of Part 8.** | $125,280.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Student records for approximately 40 students** | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Memo | Purchase Date | Purchase Description | Account | Est Value | Amount | Full Amount | |
|------|---------------|---------------------|---------|-----------|--------|-------------|---|
| 001 - Educator Desks | 2018-08-01 | Educator Desks | Desks | $ 180.00 | 14 | $ 2,520.00 | |
| 002 - Grey Student Tables | 2018-09-18 | Heavy Student Tables | Student Desks | $ 250.00 | 6 | $ 1,500.00 | |
| 003 - Misc Rolling Chairs | 2019-03-01 | Orange, Black & Green Rolling Chairs | Student Chairs | $ 100.00 | 95 | $ 9,500.00 | |
| 004 - Rolling Chairs | 2018-09-18 | Student & Faculty Rolling Chairs | Chairs | $ 100.00 | 42 | $ 4,200.00 | |
| 006 - Student Tables | 2018-09-18 | Rolling Student Tables | Student Tables | $ 300.00 | 15 | $ 4,500.00 | |
| 007 - Convertible Bench Table | 2019-02-01 | Convertible Bench Table | Bench | $ 1,000.00 | 3 | $ 3,000.00 | |
| 008 - White Board | 2018-08-20 | White Board | Teacher Equipment | $ 15.00 | 25 | $ 375.00 | |
| 009 - Seating Blocks | 2018-07-13 | Blocks on site for seating | Student Seating | $ 150.00 | 50 | $ 7,500.00 | |
| 010 - Five Tier Folding Tower | 2018-07-13 | 5-Tier Folding Glass Tower | Display | $ 200.00 | 4 | $ 800.00 | |
| 011 - Lighted Display Case | 2018-07-13 | Lighted Display Case | Display | $ 350.00 | 10 | $ 3,500.00 | |
| 012 - Printer - HP | 2018-07-13 | Printer - HP | Student Use | $ 100.00 | 3 | $ 300.00 | |
| 013 - Extension Cords | 2018-07-13 | Extension Cords | Electrical Supplies | $ 15.00 | 13 | $ 195.00 | |
| 014 - Power Strip | 2018-07-13 | Power Strips - used | Electrical Supplies | $ 15.00 | 20 | $ 300.00 | |
| 015 - Polycom model 20100406 12 | 2018-03-15 | Polycom model 20100406 12 | Communiations | $ 112.00 | 14 | $ 1,568.00 | |
| 016 - Polycom model 20121212 12 | 2018-03-15 | Polycom model 20121212 12 | Communiations | $ 75.00 | 1 | $ 75.00 | |
| 017 - Polycom model 2010030402 | 2018-03-15 | Polycom model 2010030402 | Communiations | $ 95.00 | 3 | $ 285.00 | |
| 018 - Grandstream model GXP2000 | 2018-03-15 | Grandstream model GXP2000 V2.0 | Communiations | $ 50.00 | 5 | $ 250.00 | |
| 019 - Grandstream model GPX-2000 | 2018-03-15 | Grandstream model GPX-2000 | Communiations | $ 20.00 | 3 | $ 60.00 | |
| 020 - Metal Folding Chairs | 2018-08-24 | Metal Folding Chairs | Student Seating | $ 10.00 | 85 | $ 850.00 | |
| 021 - Table Truck for Flat Stacking | 2018-08-24 | Table Truck for Flat Stacking | Maintenance | $ 150.00 | 3 | $ 450.00 | |
| 022 - Flat Bed Truck | 2018-08-24 | Table Truck for Flat Stacking | Maintenance | $ 525.00 | 2 | $ 1,050.00 | |
| 023 - Books | 2018-07-30 | Library Books | Library | $ 5,318.00 | 1 | $ 5,318.00 | |
| 024 - Conference Table | 2018-08-23 | Danish Conference Table | Library | $ 4,300.00 | 1 | $ 4,300.00 | |
| 025 - Teacher Books | 2018-08-20 | Teacher Edition Textbooks & Reference | Library | $ 2,000.00 | 1 | $ 2,000.00 | |
| 026 - iPad 9.7 Wifi | 2018-09-23 | Wifi only iPad | Student Computers | $ 329.00 | 40 | $ 13,160.00 | (See Sheet 2 for serial #'s) |
| 027 - iPad Air  Wifi | 2018-09-23 | Student iPad | Student Computers | $ 349.00 | 2 | $ 698.00 | (See Sheet 2 for serial #'s) |
| 028 - iPad Cellular + Wifi | 2018-08-10 | Teacher iPad | Teacher Equipment | $ 429.00 | 5 | $ 2,145.00 | (See Sheet 2 for serial #'s) |
| 029 - Apple Pencil | 2018-09-23 | Apple Pencil use with iPad | Student Computers | $ 99.00 | 40 | $ 3,960.00 | |
| 031 - Grey & Black Chair | 2020-03-09 | Hotel comfy chair with wooden peg legs | Seating | $ 145.00 | 8 | $ 1,160.00 | |
| 032 - Wood & Wrought Iron Table | 2020-03-23 | Small Tables with wrought iron | Display | $ 195.25 | 20 | $ 3,905.00 | |
| 033 - Wooden Box Table | 2020-03-23 | Wooden box tables | Display | $ 50.00 | 15 | $ 750.00 | |
| 034 - Leath Ottoman | 2020-03-23 | Brown Leather Ottoman | Seating | $ 125.00 | 5 | $ 625.00 | |
| 035 - 3-Tier Rolling Display | 2018-07-13 | Dark & Light Brown Displays | Display | $ 372.99 | 8 | $ 2,983.92 | |
| 036 - 4-Tier Rolling Display | 2018-07-13 | Dark & Light Brown Displays | Display | $ 413.99 | 12 | $ 4,967.88 | |
| 037 - Orange & Gold Chair | 2020-03-09 | Hotel comfy chair with ottoman | Seating | $ 205.00 | 8 | $ 1,640.00 | |
| 038 - Surge Protector | 2018-07-13 | Black, White and Grey Surge Protectors | Electrical Supplies | $ 19.99 | 10 | $ 199.90 | |
| 039 - Small Surge Protectors | 2018-09-25 | Small surge protectors various colors mostly | Electrical Supplies | $ 9.99 | 15 | $ 149.85 | |
| 040 - USB Charging Station | 2018-09-23 | 4-12 Port Charging Station | Electrical Supplies | $ 34.99 | 8 | $ 279.92 | |
| 041 - 16 outlet Power Strip | 2018-12-13 | Power Strip for iPad Charging | Electrical Supplies | $ 49.99 | 5 | $ 249.95 | |
| 042 - White Desk | 2019-07-15 | Large Work Desk | Library | $ 450.00 | 2 | $ 900.00 | |
| 043 - 3 Foot Fabric Seat Bench | 2020-03-15 | Brown and wooden fabric bench | Seating | $ 70.00 | 12 | $ 840.00 | |
| 044 - 4 Foot Fabric Seat Bench | 2020-03-15 | Brown and wooden fabric bench | Seating | $ 70.00 | 12 | $ 840.00 | |
| 045 - White Work Table | 2020-07-13 | White tables with two legs | Student Tables | $ 175.00 | 4 | $ 700.00 | |
| 046 - Circle Wooden Table | 2018-07-13 | Circle wooden table | Student Tables | $ 225.00 | 2 | $ 450.00 | |
| 046 - Epson Projector | 2018-05-21 | Black Projector with Case | Technology - Teacher Equipment | $ 300.00 | 4 | $ 1,200.00 | |
| 046 - Sony Projector | 2018-05-21 | White Sony Projector | Technology - Teacher Equipment | $ 325.00 | 1 | $ 325.00 | |
| 047 - Sony (#2) Projector | 2018-05-21 | White Projector | Technology - Teacher Equipment | $ 250.00 | 1 | $ 250.00 | |
| 047 - Square Wooden Table | 2018-07-13 | Wheeled wooden tables | Library | $ 215.99 | 8 | $ 1,727.92 | |
| 048 - Low Square Wooden Table | 2018-07-13 | Wheeled wooden tables | Library | $ 145.99 | 5 | $ 729.95 | |
| 048 - Sanyo XGA Projector | 2018-08-03 | Projector | Technology - Teacher Equipment | $ 450.00 | 1 | $ 450.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 049 - Square Glass Tables | 2019-07-15 Large Student tables - glass | Student Tables | $ | 423.99 | 5 $ | 2,119.95 |
| 050 - Small Square Glass Tables | 2019-07-15 Small Student tables - glass | Student Tables | $ | 213.99 | 4 $ | 855.96 |
| 051 - Small Glass Tables | 2019-07-15 Small Student tables - glass | Student Tables | $ | 113.99 | 4 $ | 455.96 |
| 052 - Small Glass Tables | 2019-07-15 Small Student tables - glass | Student Tables | $ | 113.99 | 5 $ | 569.95 |
| 053 - 3-Tier Square Display | 2018-07-13 Dark & Light Brown Displays | Display | $ | 232.99 | 5 $ | 1,164.95 |
| 054 - Presentation Cart | 2018-07-30 Classroom Presentation Cart | Teacher Equipment | $ | 226.00 | 4 $ | 904.00 |
| 055 - Mortar & Pestle | 2018-07-30 For Science | Supplies | $ | 17.00 | 8 $ | 136.00 |
| 056 - Microscope | 2018-07-30 Science Microscope | Supplies | $ | 276.99 | 3 $ | 830.97 |
| 057 - Gradyated (Sm) Cylinder | 2018-07-30 Lab Test 22cm | Supplies | $ | 7.00 | 18 $ | 126.00 |
| 058 - Gradyated (Lg) Cylinder | 2018-07-30 Lab Test 32cm | Supplies | $ | 12.00 | 18 $ | 216.00 |
| 059 - Student Printer | 2018-07-30 Black Large | Technology - Student Equipment | $ | 179.00 | 3 $ | 537.00 |
| 060 - Overhead Projector | 2018-07-30 OH Projector - Student use | Technology - Teacher Equipment | $ | 75.00 | 2 $ | 150.00 |
| 061 - Document Camera | 2018-5-21 USB Document Camera | Technology - Teacher Equipment | $ | - | 2 $ | - |
| 062 - Mobi Responders | 2018-02-12 Responders for Student Use | Technology - Student Equipment | $ | 150.00 | 16 $ | 2,400.00 |
| 063 - Click Responders | 2018-5-21 Set of Responders | Technology - Student Equipment | $ | 250.00 | 1 $ | 250.00 |
| 064 - Artwork (sm) - Core Board | 2017-11-03 Core Board Artwork Small | Supplies | $ | 450.00 | 1 $ | 450.00 |
| 065 - Artwork (Lg) - Core Board | 2017-11-03 Core Board Artwork Medium | Supplies | $ | 650.00 | 1 $ | 650.00 |
| 065 - Artwork (Md) - Core Board | 2017-11-03 Core Board Artwork Large | Supplies | $ | 550.00 | 1 $ | 550.00 |
| 066 - Toshiba Printer/Copier | 2018-10-01 Core Board Artwork Medium | Supplies | $ | 1,100.00 | 1 $ | 1,100.00 |
| 067 - Misc School Supplies | 2021-08-18 Writing Utensils, Erasers, Binders Etc. | Supplies | $ | 875.00 | 1 $ | 875.00 |
| 068 - Misc School Paper | 2018-08-01 Construction, Printer, Drawing, Folders, etc | Supplies | $ | 300.00 | 1 $ | 300.00 |
| 069 - Misc Decorations | 2018-08-01 Posters, Picture Frames, Peel & Stick, etc. | Supplies | | 1 | 200 $ | 200.00 |
| 070 - Microwave | 2021-10-19 Misc Microwaves | Student and Teacher | $ | 50.00 | 5 $ | 250.00 |
| 071 - Piano | 2019-08-01 Student Piano | Equipment | $ | 400.00 | 1 $ | 400.00 |
| 072 - Television | 2018-08-01 Student and Teacher Televisions | Technology Equipment | $ | 125.00 | 7 $ | 875.00 |
| 073 - Signal Block Phone Case | 2019-10-01 Student Phone holders | Supplies | $ | 10.00 | 39 $ | 390.00 |
| 074 - School Clothing | 2018-08-01 T-Shirts & Sweatshirts with CCCS | Inventory | $ | 10.00 | 16 $ | 160.00 |
| 075 - Masks | 2019-06-01 School Logo Masks | Inventory | $ | 3.00 | 8 $ | 24.00 |
| 076 - Space Heater | 2019-12-01 Plug in Space Heater | Equipment | $ | 40.00 | 5 $ | 200.00 |
| 077 - Cordless Phone | 2018-08-01 Cordless Phone & Answering Machine | Equipment | $ | 40.00 | 1 $ | 40.00 |
| 078 - Americal Flag | 2018-07-01 American Flag | Equipment | $ | 30.00 | 2 $ | 60.00 |
| 079 - Patio Furniture | 2018-06-01 Patio Furniture | Equipment | $ | 100.00 | 1 $ | 100.00 |
| 080 - Rug | 2018-08-01 Rug to wip feet | Equipment | $ | 10.00 | 4 $ | 40.00 |
| 081 - ABC Rug | 2018-07-01 Library Rug | Equipment | $ | 10.00 | 1 $ | 10.00 |
| 082 - Misc Clothing | 2019-10-01 Clothing, Blankets & Coats - Students | Supplies | $ | 300.00 | 1 $ | 300.00 |
| 083 - Cleaning Supplies | 2018-07-01 Cleaners, Mops, Vaccumsm, Brooms, Rags, | Supplies | $ | 450.00 | 1 $ | 450.00 |
| 084 - Refrigerator | 2018-08-01 Small white Refrigerator | Equipment | $ | 75.00 | 1 $ | 75.00 |
| 085 - First Lego | 2019-09-01 Lego EV3's, Mat & Builds | Student Use | $ | 300.00 | 1 $ | 300.00 |
| 086 - Kareoke Speaker System | 2019-08-01 Kareoke Bluetooth System with 2 Microphe | Equipment | $ | 125.00 | 1 $ | 125.00 |
| 087 - Christmas Tree | 2018-10-01 Christmas Tree & Decorations | Supplies | $ | 75.00 | 1 $ | 75.00 |
| 088 - Stools | 2018-08-01 Stools for Teacher Instruction & Presentatic | Supplies | $ | 15.00 | 4 $ | 60.00 |
| 089 - Gaming Chair | 2018-12-01 Gaming System Red & Black Chair | Supplies | $ | 50.00 | 1 $ | 50.00 |
| 090 - Playstation Gaming System | 2018-10-04 PS3 with 4 controlers | Technology - Student Equipment | $ | 125.00 | 1 $ | 125.00 |
| 091 - Bissell SmartClean Robot Vaccum | 2018-10-05 Robot - Waireless Vaccums | Equipment | $ | 189.99 | 2 $ | 379.98 |
| 092 - Century BOB XL with Base Unit | 2019-10-06 Excersice equipment for students | Student Use | $ | 325.99 | 1 $ | 325.99 |
| 093 - Indoor Basketball Game | 2019-07-01 DoubleShot LifeTime Bball Arcade Game | Student Use | $ | 303.99 | 1 $ | 303.99 |
| 094 - Amazon Echo Spot | 2019-08-01 | Teacher Equipment | $ | 69.99 | 1 $ | 69.99 |
| 095 - Art Supplies | 2018-07-01 Paint, brushes, etc | Student Use | $ | 275.00 | 1 $ | 275.00 |
| 096 - Macbook Pro - 2015-2017 Models | 2019-09-01 Student Computers | Student Use | $ | 579.00 | 8 $ | 4,632.00 |
| 097 - Phillips 1250 Lumens 19W Lightbu | 2018-07-01 Extra Supply of Lightbulbs | Equipment | $ | 8.00 | 120 $ | 960.00 |

| TOTAL UNITS: | | 1212 |
|---|---|---|
| | TOTAL INDIVIDUAL COST: | $ 31,248.07 |
| | | |
| | TOTAL COST: | $ 125,580.98 |

Debtor   **Capital City Public Charter School**                          Case number *(If known)* _____
         Name

66.   **Total of Part 10.**                                                        | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Capital City Public Charter School**             Case number *(If known)*
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,100.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $125,280.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $137,480.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $137,480.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Capital City Public Charter School**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** **Small Business Administration** <br> Creditor's Name <br><br> **2 North St.** <br> **Suite 320** <br> **Birmingham, AL 35203** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **All pesonal property used in school (see attached)** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$81,000.00** | **$125,280.00** |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$81,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Capital City Public Charter School**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an
    amended filing

---

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**City of Concord Water Division**<br>**311 North State St.**<br>**Concord, NH 03301**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$287.99** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**PO Box 6505**<br>**Chelmsford, MA 01824**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$925.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Concord City Fire Dept.**<br>**41 Green St.**<br>**Concord, NH 03301**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$747.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**David Kreed, CPA**<br>**63 North State St.**<br>**Manchester, NH 03104**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Taxes for 2018 and 2019__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,595.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    42521                    Best Case Bankruptcy

| Debtor | **Capital City Public Charter School** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Ducharme Resolutions PLLC**
20 Market St.
Manchester, NH 03101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Durham Resolutions, PLLC**
20 Market St.
Manchester, NH 03101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,805.00 |
|---|---|---|---|

**Eastern Heat Pump Mechanical, LLC**
724 W. Industrial Pk. Dr.
Unit 1
Manchester, NH 03109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.08 |
|---|---|---|---|

**Insurance Premium Finance Solutions**
PO Box 412086
Kansas City, MO 64141-2086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,615.00 |
|---|---|---|---|

**Interenal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Maloney and Kennedy PLLC**
15 Dartmouth Dr.
Suite 203
Auburn, NH 03032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,000.00 |
|---|---|---|---|

**Namdar Realty Group**
150 Great Neck Rd.
Suite 304
Great Neck, NY 11021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commerical Lease for Premises**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Capital City Public Charter School**                                    Case number (*if known*) _____
           Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,993.48 |
|---|---|---|---|

**OneSourceSecurity**
**674 DW Highway**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,958.00 |
|---|---|---|---|

**UNITIL FITCHBURG GAS & ELECTRIC**
**285 JOHN FITCH HWY**
**Fitchburg, MA 01420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      0.00 |
| **5b. Total claims from Part 2** | 5b. + | $      148,273.55 |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c. | $      148,273.55 |

Fill in this information to identify the case:

Debtor name  **Capital City Public Charter School**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease for Premises** | |
| | State the term remaining | **Month to Month** | **Namdar Realty Group** |
| | List the contract number of any government contract | | **150 Great Neck Rd.** |
| | | | **Suite 304** |
| | | | **Great Neck, NY 11021** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Self Storage $160 per month** | |
| | State the term remaining | **Undet** | **Thirty Pines Self Storage** |
| | List the contract number of any government contract | | **205 Fisherville Rd.** |
| | | | **Concord, NH 03303** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name     **Capital City Public Charter School**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City   State   Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Capital City Public Charter School**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 22, 2021__     X __/s/ Stephanie Alicea__
                                        Signature of individual signing on behalf of debtor

                                        **Stephanie Alicea**
                                        Printed name

                                         **Director**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re   **Capital City Public Charter School** _____    Case No. _____

                                                              Debtor(s)                   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **3,500.00** |
| Prior to the filing of this statement I have received | $    **3,500.00** |
| Balance Due | $    **0.00** |

2.     The source of the compensation paid to me was:

       ■ Debtor       ☐ Other (specify):

3.     The source of compensation to be paid to me is:

       ■ Debtor       ☐ Other (specify):

4.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 22, 2021** _____       **/s/ Peter N. Tamposi** _____
*Date*                                                   **Peter N. Tamposi**
                                                        *Signature of Attorney*
                                                        **The Tamposi Law Group, P.C.**
                                                        **159 Main St.**
                                                        **Nashua, NH 03060**
                                                        **603-204-5513  Fax: 603-204-5515**
                                                        **peter@thetamposilawgroup.com**
                                                        *Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **Capital City Public Charter School**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)    _____

☐ Check if this is an
    amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................    $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................................    $      137,480.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................    $      137,480.00

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      81,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      148,273.55

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b                    $      229,273.55

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re   __Capital City Public Charter School__           Case No. _____

                          Debtor(s)           Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Capital City Public Charter School__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 22, 2021__                      **/s/ Peter N. Tamposi**

Date                                 **Peter N. Tamposi**

                                     Signature of Attorney or Litigant

                                     Counsel for    **Capital City Public Charter School**

                                     **The Tamposi Law Group, P.C.**

                                     **159 Main St.**

                                     **Nashua, NH 03060**

                                     **603-204-5513 Fax:603-204-5515**

                                     **peter@thetamposilawgroup.com**

# United States Bankruptcy Court
### District of New Hampshire

In re **Capital City Public Charter School**
Debtor(s)

Case No. _____
Chapter **7** _____

# VERIFICATION OF CREDITOR MAILING LIST

      The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __**2**__ pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date: **March 22, 2021** _____

**/s/ Stephanie Alicea** _____
Debtor Signature
**Stephanie Alicea** _____
Print Name
Address **270 Loudon Rd.** _____
**Concord NH 03301-0000** _____
Tel. No. _____

LBF 1007-2 (Eff. 11/1/16)
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

City of Concord Water Division
311 North State St.
Concord, NH 03301

Comcast
PO Box 6505
Chelmsford, MA 01824

Concord City Fire Dept.
41 Green St.
Concord, NH 03301

David Kreed, CPA
63 North State St.
Manchester, NH 03104

Ducharme Resolutions PLLC
20 Market St.
Manchester, NH 03101

Durham Resolutions, PLLC
20 Market St.
Manchester, NH 03101

Eastern Heat Pump Mechanical, LLC
724 W. Industrial Pk. Dr.
Unit 1
Manchester, NH 03109

Insurance Premium Finance Solutions
PO Box 412086
Kansas City, MO 64141-2086

Interenal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Maloney and Kennedy PLLC
15 Dartmouth Dr.
Suite 203
Auburn, NH 03032

Namdar Realty Group
150 Great Neck Rd.
Suite 304
Great Neck, NY 11021

OneSourceSecurity
674 DW Highway
Merrimack, NH 03054

Small Business Administration
2 North St.
Suite 320
Birmingham, AL 35203

```
Thirty Pines Self Storage
205 Fisherville Rd.
Concord, NH 03303

UNITIL FITCHBURG GAS & ELECTRIC
285 JOHN FITCH HWY
Fitchburg, MA 01420
```