United States Bankruptcy Court

District of New Hampshire

In re:                                                                                           Case No. 21-10163-BAH

Capital City Public Charter School                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                            User: admin                                        Page 1 of 2

Date Rcvd: Apr 05, 2021                    Form ID: pdf656                            Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Capital City Public Charter School, 270 Loudon Rd., Concord, NH 03301-8005 |
| aty | + | Peter N. Tamposi, The Tamposi Law Group, 159 Main Street, Nashua, NH 03060-2725 |
| 3121633 | + | City of Concord Water Division, 311 North State St., Concord, NH 03301-3228 |
| 3121635 | + | Concord City Fire Dept., 41 Green St., Concord, NH 03301-4255 |
| 3121636 | + | David Kreed, CPA, 63 North State St., Manchester, NH 03101 |
| 3121637 | + | Ducharme Resolutions PLLC, 20 Market St., Manchester, NH 03101-1958 |
| 3121638 | + | Durham Resolutions, PLLC, 20 Market St., Manchester, NH 03101-1958 |
| 3121639 | | Eastern Heat Pump Mechanical, LLC, 724 W. Industrial Pk. Dr., Unit 1, Manchester, NH 03109 |
| 3121640 | | Insurance Premium Finance Solutions, PO Box 412086, Kansas City, MO 64141-2086 |
| 3121642 | + | Maloney and Kennedy PLLC, 15 Dartmouth Dr., Suite 203, Auburn, NH 03032-3982 |
| 3121644 | + | OneSourceSecurity, 674 DW Highway, Merrimack, NH 03054-2712 |
| 3121645 | | Small Business Administration, 2 North St., Suite 320, Birmingham, AL 35203 |
| 3121646 | | Thirty Pines Self Storage, 205 Fisherville Rd., Concord, NH 03303 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | Email/Text: trustee@askenaizer.com | Apr 05 2021 17:56:00 | Michael S. Askenaizer, Trustee, Law Offices of Michael S. Askenaizer, 29 Factory Street, Nashua, NH 03060-3310 |
| 3121634 | + | Email/Text: documentfiling@lciinc.com | Apr 05 2021 17:55:00 | Comcast, PO Box 6505, Chelmsford, MA 01824-0905 |
| 3121641 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2021 17:55:00 | Interenal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3121806 | | Email/Text: midge.mudge@dol.nh.gov | Apr 05 2021 17:55:00 | Wage and Hour Administrator, NH Department of Labor, PO Box 2076, Concord, NH 03302-2076 |
| 3121643 | + | Email/Text: alex@namdarllc.com | Apr 05 2021 17:55:00 | Namdar Realty Group, 150 Great Neck Rd., Suite 304, Great Neck, NY 11021-3309 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | *+ | Michael S. Askenaizer, Trustee, Law Offices of Michael S. Askenaizer, 29 Factory Street, Nashua, NH 03060-3310 |
| 3121647 | ##+ | UNITIL FITCHBURG GAS & ELECTRIC, 285 JOHN FITCH HWY, Fitchburg, MA 01420-5993 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0102-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 05, 2021 | Form ID: pdf656 | Total Noticed: 18

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael S. Askenaizer | on behalf of Trustee Michael S. Askenaizer trustee@askenaizer.com  NH07@ecfcbis.com |
| Michael S. Askenaizer | trustee@askenaizer.com  NH07@ecfcbis.com |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| Peter N. Tamposi | on behalf of Debtor Capital City Public Charter School peter@thetamposilawgroup.com  Sophia@tlgnh.com |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **In re:** | |
| **Capital City Public Charter School** | **Case No.    21-10163-BAH** **Chapter 7** |
| **Debtor** | |

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, is scheduled as a telephonic meeting and shall be conducted by **telephone conference on <u>April 20, 2021 at 9:30 a.m.</u>** (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 meeting in accordance with the instructions below.

**<u>Call-in Information</u>**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

   Meeting Dial-in No:   877-658-6697, and

   when prompted enter the

   Participant Code: 8147800 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

**<u>Instructions for Testifying Debtors and Counsel</u>**

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents") A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc.  Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number.  In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting.

**Date: April 5, 2021**                                    **Chapter 7 trustee**


*/s/ Michael S. Askenaizer*
Michel S. Askenaizer
29 Factory Street
Nashua, NH  03060
Telephone:  603-594-0300
Facsimile:   603-594-0303