UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAPITAL CITY PUBLIC CHARTER SCHOOL, | ) ) | CASE NO.: 21-10163-BAH |
| | ) | |
| Debtor | ) | |

**MOTION FOR AUTHORIZATION TO EMPLOY**
**<u>ATTORNEY FOR CHAPTER 7 TRUSTEE AND ESTATE</u>**

NOW COMES Michael S. Askenaizer, Esq., Chapter 7 Trustee, and pursuant to 11 USC 327(a) hereby requests authorization from the Court to employ Daniel C. Proctor, Esq., as Attorney for the Trustee and Estate herein in connection with an action relating to Section 544, 547, 548, 550 and/or various actions under state law for the dissolution and wind-up of an entity and such other causes of action as may arise, and represents with respect thereto as follows:

1. I was appointed the Chapter 7 Trustee on March 22, 2021.

2. The administration of this Estate will require the Trustee to investigate and pursue preference, avoidance and/or such other rights as may be necessary under the Trustee's status as a lien creditor and/or a bona fide purchaser.

3. I believe Daniel C. Proctor, Attorney at Law, is qualified to perform those services.

4. The Trustee requests that the Court authorize him to retain the aforementioned counsel, Daniel C. Proctor, Esq.  The terms of the retention would be:

(a) In the event there is no recovery, then Daniel C. Proctor, Esq. will not receive a payment;

(b) In the event of a recovery, Daniel C. Proctor, Esq. will receive the standard hourly rate ($300.00 per hour), plus expenses, as determined by the Court upon separate application after notice and hearing. A Rule 2014(a) statement of said attorney is attached hereto.

WHEREFORE the Trustee prays:

A. That the Court enters an Order authorizing him to retain Attorney Daniel C. Proctor, Esq., as counsel on the terms and conditions set forth herein.

Respectfully Submitted

Dated: April 8, 2021

/s/ Michael S. Askenaizer
Michael S. Askenaizer, Esq., Ch. 7 Trustee
29 Factory Street
Nashua, NH 03060
603-594-0300

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this Motion for Authorization to Employ Attorney for Chapter 7 Trustee and Estate and Order Authorizing Employment of Attorney for Chapter 7 Trustee and Estate on all parties appearing electronically in this case on this 8th day of April, 20121

/s/ Michael S. Askenaizer
Michael S. Askenaizer, Esq., Ch. 7 Trustee