UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAPITAL CITY PUBLIC CHARTER SCHOOL, | ) ) | CASE NO.: 21-10163-BAH |
| | ) | |
| Debtor | ) | |

## RULE 2014 STATEMENT OF DANIEL C. PROCTOR, ESQ.

I, Daniel C. Proctor, Esq., do hereby declare:

1. That I have been proposed to be retained by the Chapter 7 Trustee as a professional, as specified in the "Motion for Authorization to Employ Attorney for Chapter 7 Trustee and Estate."

2. I, as a solo attorney, have no relationship to the creditors or, any other party in interest, their respective attorneys or, accountants, in this case.

3. I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

4. There is no agreement between the undersigned and any other entity for the sharing of compensation received or, to be received for services rendered in, or in connection with this case.

                                          Respectfully Submitted

Dated: April 8, 2021             /s/ Daniel C. Proctor, Esq.
                                          Daniel C. Proctor, Esq., #02124
                                          P.O. Box 3544
                                          Concord, NH 03302-3544
                                          603-228-8226

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of this Rule 2014 Statement of Daniel C. Proctor, Esq. on all parties appearing electronically in this case on this 8th day of April, 2021.

                                                _/s/ Michael S. Askenaizer, Esq._
                                                Michael S. Askenaizer, Esq.
                                                Chapter 7 Trustee