UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAPITAL CITY PUBLIC CHARTER SCHOOL, | ) ) | CASE NO.: 21-10163-BAH |
| | ) | |
| Debtor | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**ATTORNEY FOR CHAPTER 7 TRUSTEE AND ESTATE**

Upon the Motion for Authorization to Employ Attorney for Chapter 7 Trustee and Estate, it is hereby ordered, adjudged and decreed:

1. That the Motion is granted;

2. That Daniel C. Proctor, Attorney at Law, is hereby authorized to be retained as Attorney to the Chapter 7 Trustee and Estate in accordance with the terms and conditions specified in the Motion.

Dated: _____        _____

                                                                        Bruce A. Harwood, Chief Bankruptcy Judge