**CAPITAL CITY CHARTER SCHOOL**
**EXCESS CSF GRANT REIMBURSEMENTS BY ACTIVITY**

| Grant Activity | Amount Reimbursed | Actual Obligations | Excess Reimbursement |
|---:|---:|---:|---:|
| 67663 | $ 10,000.00 | $ 1,230.64 | $ 8,769.36 |
| 67662 | $ 10,500.00 | $ - | $ 10,500.00 |
| 67661 | $ 1,150.01 | $ 256.83 | $ 893.18 |
| 67660 | $ 63.00 | $ 12.37 | $ 50.63 |
| 67659 | $ 2,146.00 | $ 473.02 | $ 1,672.98 |
| 67658 | $ 382.67 | $ 185.50 | $ 197.17 |
| 67657 | $ 3,217.00 | $ - | $ 3,217.00 |
| 67656 | $ 27,068.99 | $ 9,183.33 | $ 17,885.66 |
| 67655 | $ 13,550.00 | $ 1,501.05 | $ 12,048.95 |
| 67654 | $ 11,782.30 | $ 139.57 | $ 11,642.73 |
| 67653 | $ 14,984.00 | $ 3,626.07 | $ 11,357.93 |
| 67641 | $ 5,000.00 | $ - | $ 5,000.00 |
| 67632 | $ 10,000.00 | $ 1,989.12 | $ 8,010.88 |
| 67631 | $ 13,384.03 | $ 11,596.99 | $ 1,787.04 |
| 67630 | $ 15,000.00 | $ 10,379.95 | $ 4,620.05 |
| 67460 | $ 12,455.00 | $ 7,608.20 | $ 4,846.80 |
| 67459 | $ 67,317.00 | $ 20,685.38 | $ 46,631.62 |
| 67458 | $ 5,000.00 | $ 294.00 | $ 4,706.00 |
| Total | $ 223,000.00 | $ 69,162.02 | $ 153,837.98 |