UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CAPITAL CITY PUBLIC CHARTER SCHOOL | ) | Case No.: 21-10163-BAH |
| | ) | |
| Debtor | ) | |
| | ) | |

**ANNEX 1 – REQUEST FOR FINAL AWARD**
**Accompany First & Final Application for Fees & Expenses Reimbursement**

**FEES:**

1. Applicant:  Daniel C. Proctor, Attorney-at-Law
   Representing:  Michael S. Askenaizer, Trustee
2. Period of Service in this Case: April 7, 2021 to September 26, 2023
3. Total Hours of Service in this Case: 117.675
4. Avg. Hourly Rate per Fee Requested:  $300.00
5. Total Fee Award Requested: $35,302.50
6. Retainer Credited Against Award:  $ -0-
7. Interims Credited Against Award:  $ -0-
8. Final Payment Requested:  $35,302.50
9. Approximate Total Amount of Distribution to all creditors to be made
   In this case (i.e., administrative, secured and unsecured:  $33,570.85

---

**EXPENSES:***

1. Total Expense Reimbursement Requested:  $68.84
2. Expense Reimbursement to Date: $ -0-
3. Expense Request for Final Period:  $68.64
4. Breakdown of Item No. 3 Total:

   | | |
   |---|---|
   | Court Call Fees: | $27.75 |
   | Postage Expenses: | $18.10 |
   | Federal Express Fee: | $22.99 |

See In re New Hampshire Electric Cooperative, 146 B.R. 890 (Bankr. D.N.H. 1992).